UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANTANDER CONSUMER USA, INC.,

    *Plaintiff,*

v.

CITY OF SOMERVILLE, and STEPHENS
AUTOMOTIVE TRANSPORT, INC.,

    *Defendants.*

No. 25-cv-10777-PGL

## **SETTLEMENT ORDER OF DISMISSAL (45 days)**

LEVENSON, U.S.M.J.

The Court having been advised on March 16, 2026, that the above-captioned action has been settled in principle with respect to all parties and all claims (Docket No. 40);

IT IS ORDERED that the above captioned matter be, and hereby is, DISMISSED without costs and without prejudice to the right of any party, upon good cause shown within **45 days**, to reopen the action if settlement is not consummated.

BY THE COURT,

/s/ Paul G. Levenson
Paul G. Levenson
U.S. MAGISTRATE JUDGE

Dated: March 19, 2026